| | | | |
|---|---|---|---|
| City of Watertown v. Moore | 2016AP000290 | 01–12–2017 | Affirmed |
| Genz v. Genz | 2016AP000315 | 01–10–2017 | Affirmed |
| State v. Pugh† | 2016AP000338 CR | 01–18–2017 | Affirmed |
| State v. Hull† | 2016AP000364 CR | 01–18–2017 | Affirmed |
| State v. Chough | 2016AP000406 CR | 01–25–2017 | Affirmed |
| State v. Parish | 2016AP000439 CR | 01–18–2017 | Affirmed |
| CED Props., LLC v. City of Oshkosh† | 2016AP000474 | 01–18–2017 | Affirmed |
| State v. George | 2016AP000525 CRAC | 01–24–2017 | Affirmed |
| Sanimax USA LLC v. Village of DeForest Bd. of Zoning Appeals | 2016AP000535 | 01–12–2017 | Affirmed |
| Horizon Bank, Nat'l Ass'n v. Marshalls Point Retreat LLC | 2016AP000832 | 01–24–2017 | Reversed and remanded |
| State v. L. H.-H.† | 2016AP000917 | 01–18–2017 | Affirmed |
| State v. Flahavan† | 2016AP001133 CR | 01–26–2017 | Affirmed |
| State v. C. M. | 2016AP001321 | 01–18–2017 | Affirmed |
| Iowa County v. J. L. R. | 2016AP001459 | 01–12–2017 | Affirmed |
| State v. P. T.† | 2016AP001460 | 01–24–2017 | Affirmed |
| State v. Swiecichowski | 2016AP001808 CR | 01–25–2017 | Reversed and remanded |
| State v. Elbe† | 2016AP002012 | 01–26–2017 | Affirmed |
| State v. Elbe† | 2016AP002013 | 01–26–2017 | Affirmed |

† Petition to review filed.